

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-13-2009

# Zheng v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-4681

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Zheng v. Atty Gen USA" (2009). *2009 Decisions.* Paper 1744.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1744

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-4681

Zheng v. Attorney General

ORDER AMENDING OPINION

IT IS HEREBY ORDERED at the direction of the Court that the Opinion in the above case, filed February 11, 2009, be amended as follows:

Page 18 shall read:

**III**.

For all of the above reasons, we will deny the petition for review.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: March 13, 2009
PDB/cc: Isaac Fromm, Esq.
        Daniel B. Lundy, Esq.
        John J. W. Inkeles, Esq.